# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-365-GCM

| | |
|---|---|
| DECORYAN STADFORD, <br> WILLIAM THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS ENERGY, INC., <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Emily S. Borna,** filed August 26, 2019 (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms Borna is admitted to appear before this court *pro hac vice* on behalf of Defendant, Siemens Energy, Inc..

**IT IS SO ORDERED.**

Signed: September 17, 2019

Graham C. Mullen
United States District Judge