# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-365-MOC-DCK

| | |
|---|---|
| WILLIAM THOMPSON and DECORYAN STRADFORD, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | **ORDER** |
| ) SIEMENS ENERGY, INC., ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion To Issue An Order Directing The City Of Charlotte To Produce Documents" (Document No. 45) filed July 2, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

By the instant motion, Defendant seeks an Order directing the City of Charlotte to comply with its "Subpoena To Produce Documents…" (Document No. 46-1). (Document No. 45). Defendant seeks the personnel file and related documents of Plaintiff Decoryan Stradford ("Stradford"). Id. Counsel for the City Of Charlotte has notified Defendant that it cannot produce the requested documents without a court order. Id. Stradford consents to Defendant's request, but may contest the admissibility of portions of the City of Charlotte's production at a later date. Id. See also (Document No. 46).

**IT IS, THEREFORE, ORDERED** that the "Defendant's Consent Motion To Issue An Order Directing The City Of Charlotte To Produce Documents" (Document No. 45) is **GRANTED**. The City of Charlotte shall provide Defendant's counsel with appropriate responses

to Defendant's "Subpoena To Produce Documents…" (Document No. 46-1) dated February 10, 2020.

**SO ORDERED**.

Signed: July 6, 2020

David C. Keesler
United States Magistrate Judge